# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

TERRI L. HARTLINE,

    Plaintiff,

vs.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

Civil No. 16-cv-00509-JPG-CJP

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED** and **REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. §405(g).

Judgment is entered in favor of plaintiff, **Terri L. Hartline**, and against defendant, **Nancy A. Berryhill**, Acting Commissioner of Social Security.

DATED: 6/6/2017

                                  **JUSTINE FLANAGAN,**
                                  **Acting Clerk of Court**

                                  **BY:** _s/Tina Gray_
                                              **Deputy Clerk**

**Approved:**

_s/J. Phil Gilbert_
**J. Phil Gilbert**
**U.S. District Judge**